**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID GUYER,** | : | **No. 3:25cv1690** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Martin C. Carlson in this review of a final decision of the Commissioner of the Social Security Administration. (Doc. 20). The Commissioner denied Plaintiff David Guyer's claim for disability benefits under the Social Security Act. The R&R recommends that the Commissioner's decision be affirmed.

Magistrate Judge Carlson issued the R&R on September 18, 2026. By statute, objections were due within 14 days. 28 U.S.C. § 636(b)(1)(C). No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

In deciding whether to adopt the R&R when no timely objection is filed, the court is prompted to provide "some reasoned consideration" of the dispositive legal issues raised by the report. Henderson v. Carlson, 812 F.2d 874, 878 (3d

Cir. 1987); see also FED. R. CIV. P. 72, NOTES OF ADVISORY COMMITTEE ON RULES—1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court will accept the R&R and adopt it in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R, (Doc. 20), is **ADOPTED**;
2) The Commissioner's decision denying benefits is **AFFRIMED**;
3) Plaintiff's appeal is **DENIED**; and
4) The Clerk of Court is directed to close this case.

**BY THE COURT:**

Date: 10/5/26

**JUDGE JULIA K. MUNLEY**
**United States District Court**